IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRITTANY CLEVELAND, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:17-CV-1642-BK |
| | § | |
| CENTRAL HAULING CO., et al., | § | |
| Defendants. | § | |

**THIRTY-DAY ORDER OF DISMISSAL**

The Court has been advised that the parties in this matter have reached a settlement agreement [Doc. 26]. The Court commends the parties on their diligent efforts to resolve the issues without resort to further court-intervention.

Accordingly, all pending claims filed by the parties to this action are **DISMISSED WITHOUT PREJUDICE**, subject to the parties' right to reopen within thirty (30) days if the settlement is not consummated. In that vein, all parties shall retain the right to notify the Court in the event that the settlement cannot be consummated within the 30-day time limit imposed by this Order, and to apply for an extension of this Order of dismissal to allow more time to consummate the settlement, or request that this action to be reopened, if the parties are unable to finalize the settlement.

If it becomes necessary to reopen this action, it shall be reopened as though it had never been closed. However, unless a party moves to reopen the case within the 30-day period, or the 30-day period is extended, the case will be considered **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on February 28, 2018.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE